IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JUNNIS HUGGER,

     Appellant,

v.

KENNESSA HUGGER,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2194

_____/

Opinion filed January 12, 2015.

An appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

Junnis Hugger, pro se, Appellant.

Kristin Adamson, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.